**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

JANE MATTEI CANO,

      Plaintiff,

v.                                          Case No:   6:23-cv-1416-LHP

DRURY HOTELS COMPANY, LLC.,

      Defendant

---

**ORDER**

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**   **MOTION FOR APPROVAL OF SETTLEMENT OF MINOR'S CLAIMS (Doc. No. 30)**
>
> **FILED:**   **December 23, 2024**
>
> ---
>
> **THEREON** it is **ORDERED** that the motion is **DENIED without prejudice**.

The motion fails to comply with the Local Rules, including Local Rules 1.08 and 3.01(g).   Further, this case was dismissed with prejudice on August 29, 2024, after which the parties had sixty (60) days to move for a stipulated form of final order or judgment; or, on good cause shown, to reopen the case for further

proceedings. Doc. No. 26. This motion falls outside of that sixty (60) day deadline, and Plaintiff fails to explain why the Court would properly consider the motion at this juncture.

**DONE** and **ORDERED** in Orlando, Florida on January 6, 2025.

                                      LESLIE HOFFMAN PRICE
                                      UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties